UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER, on behalf of all others similarly situated,** § § § | |
| *Plaintiff,* § § | No. 3:24-CV-00391-LS |
| v. § § | |
| **CNU OF TEXAS, LLC d/b/a CASHNETUSA, a Delaware Corporation,** § § § § | |
| *Defendants.* § § | |

### FINAL JUDGMENT

Consistent with its Memorandum Opinion and Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice. All pending motions are denied as moot and the Clerk shall **CLOSE** the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 3, 2025.

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE